No. 94–470. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* STARR. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–466. DIAMOND SHAMROCK REFINING & MARKETING CO. *v.* NUECES COUNTY APPRAISAL DISTRICT ET AL. Sup. Ct. Tex. Motions of American Petroleum Institute, Institute of Property Taxation, and General Motors Corp. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–490. ARKANSAS EDUCATIONAL TELEVISION COMMISSION *v.* FORBES. C. A. 8th Cir. Motion of Association of America's Public Television Stations et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–494. BRISTOL-MYERS SQUIBB CO. *v.* ZENITH LABORATORIES, INC. C. A. Fed. Cir. Motion of Hoffman-La Roche Inc. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 93–9152. VEY *v.* COLVILLE ET AL., *ante*, p. 834;

No. 93–9214. BOWEN *v.* KERNAN, WARDEN, ET AL., *ante*, p. 836;

No. 93–9308. GIBBS *v.* OKLAHOMA DEPARTMENT OF HUMAN SERVICES, AFFIRMATIVE ACTION UNIT, *ante*, p. 840;

No. 93–9517. VENERI *v.* DOMOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, *ante*, p. 851;

No. 93–9660. HENSLER *v.* UNITED STATES, *ante*, p. 859;

No. 94–5029. PIZZO *v.* RISINGER, *ante*, p. 880;

No. 94–5256. IN RE MONTGOMERY, *ante*, p. 806;

No. 94–5266. SAUNDERS *v.* CITY OF BEVERLY ET AL., *ante*, p. 893;

No. 94–5364. WARREN *v.* COLE, *ante*, p. 898;

No. 94–5420. ARNSTEIN *v.* UNITED STATES, *ante*, p. 900;

No. 94–5464. AMSDEN *v.* PROFESSIONAL CONDUCT COMMITTEE, NEW HAMPSHIRE SUPREME COURT, *ante*, p. 902;

No. 94–5546. ADAIR *v.* UNITED STATES ET AL., *ante,* p. 906; and

No. 94–5591. BERCOVICI *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 908. Petitions for rehearing denied.

## NOVEMBER 14, 1994

No. 94–112. HARLESTON ET AL. *v.* JEFFRIES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Waters* v. *Churchill,* 511 U. S. 661 (1994).

No. 94–5798. STERLING *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McFarland* v. *Scott,* 512 U. S. 849 (1994).

No. — – —. VDA DE MENDOZA ET AL. *v.* UNITED STATES. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante,* p. 802] denied.

No. — – —. MCNAMARA *v.* UNITED STATES. Motion to direct the Clerk to file an application and present it to JUSTICE SCALIA denied.

No. D–1450. IN RE DISBARMENT OF KARCH. Disbarment entered. [For earlier order herein, see 512 U. S. 1281.]

No. D–1451. IN RE DISBARMENT OF LINDER. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1452. IN RE DISBARMENT OF MITWOL. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1453. IN RE DISBARMENT OF ZELMAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1456. IN RE DISBARMENT OF FREEDMAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]